ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
EDWARD VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0248 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE AND ) ORDER THEREIN |
| vs. | ) |
| EDWARD VASQUEZ, | ) |
| Defendant. | ) |

 IT IS HEREBY STIPULATED between the Defendant, EDWARD VASQUEZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, David L. Gappa, that the Status Conference now set for Monday, February 12, 2007 at 9:00 a.m. be continued to Monday, March 5, 2007 at 9:00 a.m.

 It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

 1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1 concerning the defendant, including but not limited to any
2 pretrial motion, from the filing of the motion through the
3 conclusion of the hearing on, or other prompt disposition
4 of, such motion;
5    2. Title 18, United States Code, Section 3161(h)(8)(A) --
6 that the ends of justice served by taking such action
7 outweighs the best interest of the public and the
8 defendant in a speedy trial;
9    3. Title 18, United States Code, Section 3161(h)(8)(ii) --
10 that it is unreasonable to expect adequate preparation for
11 pre-trial proceedings or for the trial itself with the
12 time limits established due to the complexity of the case.

Respectfully submitted,

Dated: February 7, 2007

     /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
EDWARD VASQUEZ

Dated: February 7, 2007

     /s/ David L. Gappa
David L. Gappa,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status conference now set for February 12, 2007 be continued to Monday, March 5, 2007 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

Dated:  February _8_, 2007

                                        /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger,
                                        U.S. District Court Judge