ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
EDWARD VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0248 LJO |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE AND |
| | ) PROPOSED ORDER THEREIN |
| vs. | ) |
| | ) |
| | ) |
| EDWARD VASQUEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        IT IS HEREBY STIPULATED between the Defendant, EDWARD VASQUEZ, by and

through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and  through  Assistant

United  States Attorney, David L. Gappa, that the Status Conference now set for Friday, May

4, 2007 at 9:00 a.m. be continued to Friday, June 22, 2007 at 9:00 a.m.

        A Plea agreement has been reached between the parties and the parties need additional

time to prepare for the Plea Hearing.

        It is further stipulated by the parties that any delay resulting from this continuance shall

be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other
   proceedings concerning the defendant, including but not limited to any pretrial motion, from

- 1 –

the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  April 30, 2007

_____/s/ Anthony P. Capozzi_____
Anthony P. Capozzi,
Attorney for Defendant,
EDWARD VASQUEZ

Dated:  April 30, 2007

_____/s/ David L. Gappa___
David L. Gappa,
Assistant U.S. Attorney

## ORDER

  Good cause having been shown, the Status conference now set for May 4, 2007 be continued to Friday, June 22, 2007 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).  The next hearing will be for the purpose of a change of plea.

IT IS SO ORDERED.

**Dated:   May 1, 2007**          _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue
06-0248 LJO