

1  ANTHONY P. CAPOZZI, CSBN 068525
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone: (559) 221-0200
   Fax: (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   EDWARD VASQUEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                          * * * * *

11                                     1:06 CR-00248-

12  UNITED STATES OF AMERICA,       )  Case No.: CR-F-06-0248 ~~OWW~~ LJO

13                 Plaintiff,       )  EX PARTE APPLICATION TO TRAVEL
                                    )  OUTSIDE OF THE EASTERN DISTRICT
14          vs.                     )          and
                                    )  ORDER: Denied
15  EDWARD VASQUEZ,                 )
                                    )
16                 Defendant.       )

17

18      Defendant, EDWARD VASQUEZ, by and through his legal counsel, Anthony P.

19  Capozzi, hereby requests, ex parte, that he be allowed to travel outside the Eastern District of

20  California.   The request is based upon the following Declaration of Anthony P. Capozzi:

21

22              **DECLARATION OF ANTHONY P. CAPOZZI**

23  1. This office has been retained to represent Mr. Vasquez in the above entitled matter.

24  2. Mr. Vasquez has been charged with a violation of Title 18, United States Code

25     Section 2252(a)(2) on July 20, 2006.

26  3. Mr. Vasquez has been released pending Trial on the attached conditions.  (See

27     Exhibit A, attached hereto.)

28

                          - 1 -

Case 1:06-cr-00248-LJO    Document 36    Filed 06/07/2007    Page 2 of 7

4. Mr. Vasquez was recently married on May 5, 2007 to Pauline Vasquez, the mother of his 2 ½ year old son.

5. Mr. Vasquez will be entering a guilty plea on June 22,2 007 at 8:00 a.m. and will be remanded to custody at that time.

6. Mr. Vasquez respectfully requests that he be allowed to travel with his wife and son to Disneyland from June 11, 2007 to June 13, 2007.  At all times, Mr. Vasquez will be accompanied by his wife, Pauline, and their son.

7. This attorney has contacted Monte Olson from the Pretrial Office who has denied Mr. Vasquez' request.

8. This attorney is scheduled to leave the United States on June 6, 2007 for a legal conference and cannot appear at a Court proceeding prior to June 11, 2007.

9. Copies of this request will be sent to the Pretrial Office and the Assistant United States Attorney, David Gappa.


I further affirm under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing information is true and correct to the best of my knowledge, as executed on June 6, 2007, in Fresno, California.

_____/s/ Anthony P. Capozzi_____
ANTHONY P. CAPOZZI,
Attorney for Defendant
Edward Vasquez

-2-

## ORDER

**IT IS SO ORDERED:** ~~Good cause having been shown, Mr. Vasquez may travel~~

~~outside of the Eastern District for the purpose of taking his wife and son to Disneyland from~~

~~June 11, 2007 to June 13, 2007.~~ *Permission DENIED.*

Dated: June **8**, 2007

HONORABLE ~~OLIVER W. WANGER~~ *SNYDER*
U.S. ~~District Court~~ Judge *Magistrate*

- 3 -

Case 1:06-cr-00248-LJO   Document 36   Filed 06/07/2007   Page 4 of 7

# EXHIBIT A

AO 199A (Rev. 3/87) Order Setting Conditions of Release                                     Page 1 of ____3____ Pages

# United States District Court

_Eastern_ **FILED** DISTRICT OF _California_

JUL 0 7 2006

UNITED STATES OF AMERICA CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ **ORDER SETTING CONDITIONS**
V.                DEPUTY CLERK               **OF RELEASE**

_Edward Patrick Vasquez_ Case Number: _1:06MJ 164-DLB_
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) _U.S. District Court, 2500 Tulare St_ _7/21/06_ at _10:30 AM Courtroom 8 6th floor_
Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ _____ dollars ($_____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY · COURT    YELLOW · DEFENDANT    BLUE · U.S. ATTORNEY    PINK · U.S. MARSHAL    GREEN · PRETRIAL SERVICES

VASQUEZ, Edward Patrick
Dkt. No. 06-0164M          **ADDITIONAL CONDITIONS OF RELEASE**

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X )      (6)      The defendant is placed in the custody of:

Name of person or organization   **Pauline Bieniek**

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: *Pauline A. Bieniek*
         **CUSTODIAN OR PROXY**

(X)      (7)      The defendant shall:

( )      (a)      you shall submit your computer to random searches conducted by the PSO at reasonable times and in a reasonable manner to ensure compliance with your conditions of release; failure to submit to a search may be grounds for revocation; you shall warn any other users that your computer equipment may be subject to searches pursuant to this condition;

( )      (b)      you shall submit your person, residence, office, vehicle or computer to random searches conducted by the PSO at reasonable times and in a reasonable manner to ensure compliance with your conditions of release; failure to submit to a search may be grounds for revocation; you shall warn any other residents that the premises and your computer equipment may be subject to searches pursuant to this condition;

(X )     (c)      abide by the following restrictions on his personal associations, place of abode, or travel:
         Reside at a residence approved by the Pretrial Services Agency, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO.

(X )     (d)      you shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

(X )     (e)      report on a regular basis to the following agency:
         Pretrial Services and comply with their rules and regulations.

(X )     (f)      you shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the PSO;

(X )     (g)      you shall not use or possess a computer in your residence or at any other location unless otherwise approved by the PSO;

( )      (h)      you shall allow the PSO to install monitoring software on any computers to which you have access, as approved by the Court, and you shall not remove, tamper with or in any way circumvent the software;

( )      (i)      the PSO shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;

( )      (j)      executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:

( )      (k)      post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:

( )      (l)      execute a bail bond with solvent sureties in the amount of $

(X )     (m)      you shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

( )      (n)      surrender any passport to the Clerk, United States District Court.

( )      (o)      obtain no passport during the pendency of this case.

(X )     (p)      report in person to the Pretrial Services Agency on the first working day following your release from custody.

(X )     (q)      you shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

(X )     (r)      you shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

( )      (s)      you shall participate in a computer restriction and monitoring program as directed by the PSO;

(X )     (t)      you shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

(Copies to:  Defendant, US Attorney, US Marshal, Pretrial Services)

AO 199C (Rev. 4/91) Advice of Penalties...   USAv. Edward Patrick   Page 3 of 3 Pages

## Advice of Penalties and Sanctions Vasquez

## TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony: or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
Signature of Defendant

_____
Address

_____
Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: ___7 July 2006___              _____
                                      Signature of Judicial Officer

_____
Name and Title of Judicial Officer

WHITE COPY - COURT      YELLOW - DEFENDANT      BLUE - U.S. ATTORNEY      PINK - U.S. MARSHAL      GREEN - PRETRIAL SERVICES