ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
EDWARD VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EDWARD VASQUEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CR-F-06-0248 LJO <br><br> STIPULATION TO CONTINUE AND <br> ORDER THEREIN |

　　　　IT IS HEREBY STIPULATED between the Defendant, EDWARD VASQUEZ, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, David L. Gappa, that the Trial Confirmation Hearing now set for Tuesday, November 20, 2007 at 9:00 a.m. be vacated and a Change of Plea Hearing be scheduled in this matter for January 4, 2008 at 9:00 a.m.  It is further stipulated that the Trial in this matter be vacated.

　　　　A Plea agreement has been reached between the parties and was filed on November 6, 2007.  (Docket #41)

　　　　The request for the delay in the hearing date is due to the fact that Mr. Vasquez is currently undergoing treatment for a medical condition and would like to continue that

treatment as long as possible.    Also, considering that Mr. Vasquez has one small child, he would like the opportunity to spend his last Christmas at home for several years with his son and family.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;
2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  November 8, 2007

　　　　　/s/ Anthony P. Capozzi　　
Anthony P. Capozzi,
Attorney for Defendant,
EDWARD VASQUEZ

Dated:  November 8, 2007

　　　　　/s/ David L. Gappa　　
David L. Gappa,
Assistant U.S. Attorney

**ORDER**

Good cause having been shown, the Trial Confirmation Hearing now set for November 20, 2007 be continued to a Change of Plea Hearing on January 4, 2008 at 9:00 a.m. It is further ordered that the Trial Date is this matter shall be VACATED.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   November 14, 2007**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE