1

2

3   ANTHONY P. CAPOZZI, CSBN 068525
    **LAW OFFICES OF ANTHONY P. CAPOZZI**
4   1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
    Telephone:  (559) 221-0200
5   Fax:  (559) 221-7997
    E-mail:  capozzilaw@aol.com
6

    Attorney for Defendant,
7   EDWARD VASQUEZ

8

9                    IN THE UNITED STATES DISTRICT COURT
10
                EASTERN DISTRICT OF CALIFORNIA, FRESNO
11
                              * * * * *
12

13                                  )   Case No.: CR-F-06-0248 LJO
     UNITED STATES OF AMERICA,      )
14                                  )
              Plaintiff,            )   STIPULATION AND  ORDER TO
15                                  )
         vs.                        )   CONTINUE
16                                  )
                                    )
17   EDWARD VASQUEZ,                )
                                    )
18            Defendant.            )
                                    )
19   _____)

20

21          IT IS HEREBY STIPULATED between the Defendant, EDWARD VASQUEZ, by and

22   through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant

23   United States Attorney, David L. Gappa, that the Sentencing Hearing now set for Friday,

     September 19, 2008 at 9:00 a.m. be continued to Monday, October 27, 2008 at 8:15 a.m.
24
            It is further stipulated by the parties that any delay resulting from this continuance shall
25
     be excluded on the following basis:
26
        1.  Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other
27          proceedings concerning the defendant, including but not limited to any pretrial motion, from
            the filing of the motion through the conclusion of the hearing on, or other prompt disposition
28          of, such motion;

                                      – 1 –

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  September 18, 2008

_____/s/ Anthony P. Capozzi_____
Anthony P. Capozzi,
Attorney for Defendant,
EDWARD VASQUEZ

Dated:  September 18, 2008

_____/s/ David L. Gappa_____
David L. Gappa,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing  now set for September 19, 2008 is continued to Monday, October 27, 2008 at 8:15 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   September 18, 2008**     _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE

- 2 –