| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
EDWARD VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00248-NONE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: May 14, 2020 |
| EDWARD VASQUEZ, | Time: 2:00 p.m. |
| | Judge: Duty Magistrate |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Edward Vasquez, that the status conference currently scheduled for March 24, 2020, at 2:00 p.m. may be continued to May 14, 2020, at 2:00 p.m.

Defense counsel is in the process of retaining and working with an expert to evaluate the test results in this case. *See* Dkt. #68. Defense counsel is requesting the continuance above so that the expert may review the results and reports in this case, produce a report containing the expert's analysis and findings, and so that counsel will have the opportunity to discuss the expert's findings with the expert.

Additionally, in light of the public health concerns cited by this Court in its General Orders addressing the evolving COVID-19 pandemic, and for the reasons set forth therein, the

parties further agree that this matter should be continued so as to minimize public health concerns relating to the COVID-19 pandemic.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 18, 2020 */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 18, 2020 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
EDWARD VASQUEZ

## **O R D E R**

IT IS SO ORDERED that the Status Conference re Violation of Supervised Release is continued from March 24, 2020 to **May 14, 2020 at 2:00 PM before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: __**March 18, 2020**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE