HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDWARD VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD VASQUEZ,<br><br>　　　　　　Defendant. | Case No. 1:06-cr-00248-NONE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  August 10, 2020<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Edward Vasquez, that the status conference currently scheduled for May 14, 2020, at 2:00 p.m. may be continued to August 10, 2020, at 2:00 p.m.

Defense counsel has retained and is working with an expert to evaluate the test results in this case. *See* Dkt. #68. Relatedly, the parties have been in discussions regarding additional discovery to facilitate the defense expert's review of the test results in this case. The parties are requesting the continuance above so that the parties can further discussions related to discovery and so that the expert may review the test results and reports in this case and produce a report containing the expert's analysis and findings.

Additionally, in light of the public health concerns cited by this Court in its General

Orders addressing the evolving COVID-19 pandemic, and for the reasons set forth therein, the parties further agree that this matter should be continued so as to minimize public health concerns relating to the COVID-19 pandemic.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 6, 2020            */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2020            */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
EDWARD VASQUEZ

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for May 14, 2020, at 2:00 p.m. is hereby continued to **August 10, 2020, at 2:00 p.m.** before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **May 6, 2020**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE