McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>EDWARD VASQUEZ,<br><br>                              Defendant. | CASE NO.  1:06-CR-248-NONE<br><br>STIPULATION TO MOVE STATUS<br>CONFERENCE; ORDER<br><br>PROPOSED DATE: November 30, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

This case is scheduled for a status conference on November 2, 2020, but the parties have agreed to move this hearing to November 30, 2020, at 2:00 p.m.  More specifically, the United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, agree as follows:

1.      By previous order this matter was set for a status conference hearing on November 2, 2020.  The Court more recently has invited a continuance of this hearing if counsel do not believe that anything substantial can be accomplished at the currently scheduled hearing.

2.      The parties agree that they, and the Probation Office, will benefit from obtaining and evaluating additional information about the defendant's participation in a treatment program.  The Probation Office has requested an updated progress report.  The government also believes that the results of any recent drug testing should be made available in light of the basis for the current violation petition.

1

3.      The parties have separately had discussions with the Probation Office about a possible resolution to the charges in the petition, but there has not been a common discussion, nor is there any agreement on an appropriate outcome yet.  The additional time will enable the parties and the Probation Office to determine whether it will be possible to propose a resolution to the court other than through a contested hearing and a contested sentencing.

IT IS SO STIPULATED.

Dated:  October 27, 2020                               McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ DAVID L. GAPPA
                                                       DAVID L. GAPPA
                                                       Assistant United States Attorney


Dated:  October 27, 2020                               /s/ REED GRANTHAM
                                                       REED GRANTHAM
                                                       Counsel for Defendant
                                                       EDWARD VASQUEZ

1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,              CASE NO. 1:06-CR-248-NONE
12                         Plaintiff,        ORDER
13                  v.                       PROPOSED DATE: November 30, 2020
                                             TIME: 2:00 p.m.
14   EDWARD VASQUEZ,                         COURT: Hon. Sheila K. Oberto
15                         Defendant.
16   _____
17                                   **ORDER**

18        The Court has reviewed and considered the stipulation filed by the parties on October 27, 2020,

19   and also reviewed the record of this case.  For the reasons stated in the stipulation, the next hearing for

20   this case will take place on **November 30, 2020, at 2:00 p.m. before Magistrate Judge Sheila K.**

21   **Oberto**.

22   IT IS SO ORDERED.

23       Dated:   **October 28, 2020**            /s/ *Barbara A. McAuliffe*
24                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28
                                          3