McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>             v.<br><br>EDWARD VASQUEZ,<br><br>                      Defendant. | CASE NO. 1:06-CR-248-NONE<br><br>STIPULATION TO MOVE STATUS CONFERENCE<br><br>PROPOSED DATE: December 16, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

This case is scheduled for a status conference on November 30, 2020, but the parties have agreed to move this hearing to December 16, 2020, at 2:00 p.m. More specifically, the United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, agree as follows:

1.   By previous order this matter was set for a status conference hearing on November 30, 2020. The Court more recently has invited a continuance of this hearing if counsel do not believe that anything substantial can be accomplished at the currently scheduled hearing.

2.   The parties agree that they, and the Probation Office, will benefit from obtaining and evaluating additional information about the defendant's participation in a treatment program. The Probation Office has requested an updated progress report. The government also believes that the results of any recent drug testing should be made available in light of the basis for the current violation petition.

1

3. The parties have separately had discussions with the Probation Office about a possible resolution to the charges in the petition, but there has not been a common discussion, nor is there any agreement on an appropriate outcome yet.  The additional time will enable the parties and the Probation Office to determine whether it will be possible to propose a resolution to the court other than through a contested hearing and a contested sentencing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 20, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ DAVID L. GAPPA<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated:  November 20, 2020 | /s/ REED GRANTHAM<br>REED GRANTHAM<br>Counsel for Defendant<br>EDWARD VASQUEZ |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWARD VASQUEZ,<br><br>          Defendant. | CASE NO. 1:06-CR-248-NONE<br><br>ORDER<br><br>DATE: December 16, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**ORDER**

The Court has reviewed and considered the stipulation filed by the parties on November 20, 2020, and also reviewed the record of this case. For the reasons stated in the stipulation, the next hearing for this case will take place on December 16, 2020, at 2:00 pm.

IT IS SO ORDERED.

Dated:   **November 20, 2020**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

3