HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDWARD VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00248-NONE |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE HEARING AND SET STATUS CONFERENCE; ORDER** |
| vs. | Date:  February 24, 2021 |
| EDWARD VASQUEZ, | Time: 2:00 p.m. |
| Defendant. | Judge: Duty Magistrate |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Edward Vasquez, that the hearing on the defense motion for discovery currently scheduled for February 4, 2021, at 2:00 p.m. may be vacated, and this matter may be continued for a status conference on February 24, 2021, at 2:00 p.m.

On December 16, 2020, the parties set a briefing schedule related to a defense motion for discovery. *See* Dkt. #90. On January 11, 2021, the defense filed a motion seeking additional discovery in this matter, specifically information related to some of the drug tests alleged in the supervised release violation petition. *See* Dkt. #91. Thereafter, on January 25, 2021, the government filed a statement of non-opposition to the discovery requests made by the defense. *See* Dkt. #93. On January 28, 2021, the government provided discovery material related to the defense motion for discovery. As a result, the issues raised in the defense discovery motion have

1  been resolved.

2  In light of the additional discovery, defense counsel requires additional time to review the
3  new material and to discuss it with the defense expert. The requested continuance is made with
4  the intention of conserving time and resources for both the parties and the Court. The
5  government is in agreement with this request and the requested date is a mutually agreeable date
6  for both parties. As this is a supervised release violation matter, no exclusion of time is
7  necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 1, 2021       */s/ David Gappa*
                             DAVID GAPPA
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender


Date: February 1, 2021       */s/ Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             EDWARD VASQUEZ


**O R D E R**

The hearing on the defense motion for discovery currently scheduled for February 4, 2021, at 2:00 p.m. is hereby vacated, and the matter is hereby continued to February 24, 2021, at 2:00 p.m. for a status conference.


IT IS SO ORDERED.

Dated:   **February 1, 2021**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE