HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDWARD VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EDWARD VASQUEZ,<br>Defendant. | Case No. 1:06-cr-00248-JLT<br><br>STIPULATION TO CONTINUE HEARING RE MOTION FOR DECLARATIVE RELIEF; ORDER<br><br>Date: November 10, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Edward Vasquez, that the hearing on the defense motion for declarative relief currently scheduled for October 7, 2022, at 9:00 a.m. may be continued to November 10, 2022, at 9:00 a.m.

On September 8, 2022, Mr. Vasquez filed a motion seeking declarative relief, or, in the alternative, modification of a specific condition of his supervised release. *See* Dkt. #115. On September 16, 2022, the government filed its statement of position with respect to Mr. Vasquez's motion. *See* Dkt. #117. On September 23, 2022, the Court held a hearing on Mr. Vasquez's motion. *See* Dkt. #118. At the hearing, the assigned probation officer indicated that the parties may be able to resolve the issue if Mr. Vasquez was able to provide relevant medical records to probation. Accordingly, the parties continued the hearing on the motion until October 7, 2022.

*See* Dkt. #118.

Mr. Vasquez and undersigned counsel remain in the process of attempting to obtain the pertinent medical records to provide to probation. As a result, the parties are in agreement to continue this matter to November 10, 2022, to further monitor whether the parties are able to resolve this matter without the Court. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government and the assigned probation officer are in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 6, 2022

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2022

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
EDWARD VASQUEZ

**O R D E R**

**IT IS SO ORDERED.** The hearing on the defense motion for declarative relief, or in the alternative, modification of a condition of supervised release currently scheduled for October 7, 2022, at 9:00 a.m. is hereby vacated, and the matter is hereby continued to November 10, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **October 6, 2022**

UNITED STATES DISTRICT JUDGE