1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDWARD VASQUEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00248-JLT |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO WITHDRAW MOTION AND VACATE HEARING DATE; [PROPOSED] ORDER |
| vs. | |
| EDWARD VASQUEZ, | Date:   December 2, 2022 |
| Defendant. | Time:   9:00 a.m. |
|  | Judge: Hon. Jennifer L. Thurston |

Defendant Edward Vasquez, through his attorney, Assistant Federal Defender Reed Grantham, hereby moves to withdraw his September 8, 2022 motion for declarative release, or in the alternative, motion to modify condition of supervised release, and to vacate the hearing set for December 2, 2022, at 9:00 a.m.

On September 8, 2022, Mr. Vasquez filed a motion for declarative release, or in the alternative, motion to modify condition of supervised release. *See* Dkt. #115. The motion requested declarative release, or modification, with respect to Special Condition 7 of Mr. Vasquez's supervised release. *See* Dkt. #115. After an initial hearing on September 23, 2022, the matter was continued in light of probation's position with respect to the motion and so that Mr. Vasquez could obtain and provide relevant medical records. *See* Dkt. #118, #120.

Since that time, Mr. Vasquez has provided the requested medical records, and in light of

those records, and probation's position with respect to the motion, the September 8, 2022 motion is now moot. Accordingly, Mr. Vasquez hereby moves to withdraw his September 8, 2022 motion and to vacate the hearing on December 2, 2022, at 9:00 a.m.

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Date: November 30, 2022                */s/ Reed Grantham*
                                                      REED GRANTHAM
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      EDWARD VASQUEZ

## **O R D E R**

**IT IS SO ORDERED.** The September 8, 2022 motion for declarative release, or in the alternative, motion to modify condition of supervised release, is hereby withdrawn and the hearing set for December 2, 2022 is vacated.

IT IS SO ORDERED.

Dated:  **November 30, 2022**

UNITED STATES DISTRICT JUDGE

Vasquez – Motion to Withdraw Motion
and Vacate Hearing

2